ALBERT PISCITELLI, Appellant, v. H. B. TRANSPORTATION, INC., Respondent.

All concur.

In the Matter of the Claim of ANNA ADAMS, Respondent, against MAX SOLOMON COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

SAMUEL NUGENT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 23969.)

All concur.

In the Matter of DAVID G. POLLOCK, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.—

All concur.

In the Matter of LOUIS STRAND et al., Doing Business as COMMERCIAL ASSISTANCE COMPANY, Judgment Creditors, Respondents, v. HARRY PISER, Judgment Debtor. F. & M. SCHAEFER BREWING COMPANY, Judgment Creditor, Appellant; CAPITOL WINE & SPIRIT CORPORATION et al., Judgment Creditors, Respondents.—

All concur.

EARL L. STOUTENBURG, Appellant, v. ABIGAIL STOUTENBURG et al., Respondents.—

All concur.